IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                      Criminal Action No.
                                                          24-00280-01-CR-W-BCW

ANDREW CHARLES DOYAL,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:   Count I:   Possession of Child Pornography *in violation of* 18 U.S.C. §§ 2252(a)(4) and (b)(2)

**TRIAL COUNSEL**:
        Government: Maureen Brackett
            Case Agent: FBI Task Force Officer Steven Emmons
        Defense: Bill Raymond
            Sandy Schnack, Paralegal
            Ashley Plowdin, Investigator

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government anticipates filing a 404(b) motion, and both parties anticipate filing standard motions in limine.

**TRIAL WITNESSES**:
        Government: 6 total, 1 with stipulations;   5 without stipulations
        Defense: Less than 5 witnesses including Defendant who may testify

**TRIAL EXHIBITS**:
        Government: Approximately 100    exhibits
        Defense:       0    exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**: A plea agreement will be worked out

**TRIAL TIME**:    **3    days**
   Government's case including jury selection:    2 and ½ days
   Defense case:    ½    day

**STIPULATIONS**: Parties will have to discuss a stipulation as to chain of custody

**UNUSUAL QUESTIONS OF LAW**: **No**

**FILING DEADLINES:**

   **Witness and Exhibit Lists**:
   Government: October 6, 2025
   Defense: October 6, 2025
   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructio**ns: October 6, 2025
   **Jury instructions must comply with Local Rule 51.1**

   **Motions in Limine**: October 6, 2025

1. **TRIAL SETTING**: Criminal jury trial docket commencing 10/20/2025
   **Please note**:   *Any conflicting settings on trial docket?* None

**OTHER**:
   (  )   A _____-speaking interpreter is required.
   (  )   Other assistive devices: _____

   **IT IS SO ORDERED.**

                                                            */s/ Jill A. Morris*
                                                            JILL A. MORRIS
                                                            United States Magistrate Judge

2